**634**

Thomas PARISI, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 174, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015
Decided: November 12, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. ID. No. 1402006756

AFFIRMED.

Gerald A. LANDRY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 99, 2015

Supreme Court of Delaware.

Submitted: August 28, 2015
Decided: November 13, 2015

Court Below—Superior Court of the State of Delaware in and for Kent County, Cr. ID No. 1208001982

AFFIRMED in part and REVERSED in part. REMANDED.

Anne WILLIAMS,[1] Respondent
Below–Appellant,

v.

Darren THOMAS and Lauren Smith, Petitioner Below–Appellee.

No. 345, 2015

Supreme Court of Delaware.

Submitted: September 18, 2015
Decided: November 13, 2015

Court Below—Family Court of the State of Delaware, in and for New Castle County, File No. CN10–06153, Pet. No. 14–32739

AFFIRMED.

Robert ALLEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 418, 2015

Supreme Court of Delaware.

Submitted: September 1, 2015
Decided: November 13, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 0707012162

AFFIRMED.

1. The Court has assigned pseudonyms to the parties under Supreme Court Rule 7(d).